AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☑ Trademarks or ☐ Patents ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:22–cv–01691–SB | DATE FILED<br>11/2/2022 | U.S. DISTRICT COURT<br>District of Oregon | |
|---|---|---|---|
| PLAINTIFF<br>Dominguez Family Enterprises, Inc. | | DEFENDANT<br>Juanita's Foods | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  97/643,118 | 10/21/2022 | Dominguez Family Enterprises, Inc. | |
| 2  1,268,693 | 2/28/1984 | Juanita's Foods | |
| 3  3,707,436 | 11/10/2009 | Juanita's Foods | |
| 4  1,297,863 | 9/25/1984 | Juanita's Foods | |
| 5  1,554,914 | 9/5/1989 | Juanita's Foods | |

In the above−entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  1,563,570 | 10/31/1989 | Juanita's Foods |
| 2  5,810,203 | 7/23/2019 | Juanita's Foods |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| CLERK<br>MELISSA AUBIN | (BY) DEPUTY CLERK<br>E. Potter | DATE<br>11/2/2022 |

**Copy 1 Upon initiation of action, mail this copy to Director  Copy 3 Upon termination of action, mail this copy to Director**
**Copy 2 Upon filing document adding patent(s), mail this copy to Director  Copy 4 Case file copy**